UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALAXE.SOLUTIONS, INC.,

                Plaintiff,

      -v.-

SURESH PANDE,

                Defendant.

19 Civ. 4784 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to submit a joint status report on or by June 18, 2021, updating the Court on the status of this case and proposed next steps.

    SO ORDERED.

Dated:  June 11, 2021
            New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge