UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALAXE.SOLUTIONS, INC.,

                Plaintiff,

-v.-

SURESH PANDE,

                Defendant.

19 Civ. 4784 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

By joint letter dated June 18, 2021 (Dkt. #65), the parties raised several unresolved issues in discovery, which issues were discussed on the record with the Court on July 1, 2021. *First*, in the parties' joint letter and on the record on July 1, 2021, Plaintiff alleged that several documents found during the review of Defendant's Google Drive contain Plaintiff's confidential information, including Defendant's resume and emails sent by Defendant to contacts at Persistent Systems and to other individuals and entities. Plaintiff is hereby ORDERED to file, under seal, these documents for further review by the Court. After the Court's review of these documents, the Court will rule on Plaintiff's request for further discovery into these matters, including its request to serve interrogatories on individuals to whom Defendant allegedly sent his resume.

*Second*, with respect to Plaintiff's request to pursue discovery to investigate the "Project Universe" documents, as discussed on the record on July 1, 2021, the Court understands that Defendant does not object to Plaintiff's request to serve limited interrogatories or to Plaintiff's request to

depose Defendant regarding these documents. (*See* July 1, 2021 Hr'g Tr. 23:19-21). Accordingly those requests are GRANTED.

*Third*, the Court understands that defense counsel does not oppose Plaintiff's counsel's request to have its consulting expert review the forensic image of Defendant's personal laptop. (*See* July 1, 2021 Hr'g Tr. 23:21-24). Accordingly, the Court considers these particular issues to be resolved, although the Court understands that there may be related disputes over the sharing of the video of any review conducted that the parties may raise at a later date.

*Fourth*, Defendant requested a forensic examination of Defendant's work laptop. Defendant previously testified that he had deleted everything from this laptop before returning it to Plaintiff. Plaintiff is hereby ORDERED to provide a statement from its expert, on or by July 16, 2021, regarding whether the laptop was in fact fully "sanitized" before Defendant returned it to Plaintiff (July 1, 2021 Hr'g Tr. 8:24-25).

SO ORDERED.

Dated: July 9, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge