UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALAXE.SOLUTIONS, INC.,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>SURESH PANDE,<br><br>                    Defendant. | 19 Civ. 4784 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a telephonic conference on July 26, 2021, at 11:00 a.m. to discuss outstanding discovery disputes. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available until 11:00 a.m.

      SO ORDERED.

Dated:    July 20, 2021
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge